IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MANDI CALKINS,                                    07-CV-6146-BR

            Plaintiff,                            JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

            Defendant.


        Based on the Court's Opinion and Order (#24) issued

August 20, 2008, the Court **AFFIRMS** the Commissioner's final

decision and **DISMISSES** this matter.

        DATED this 4th day of September, 2008.


                              /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge


1 - JUDGMENT